LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

March 1, 2024

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  United States v. Eliesha Murray
           24 M 752

Dear Judge Cave:

    By this letter motion I respectfully seek an extension of the deadline for the cosigners' execution of Mr. Murray's bond by one week, from March 1 to March 8, 2024. The Government, does not oppose the application.

    Mr. Murray has encountered difficulties in communicating with qualified prospective cosigners, and we therefore require a brief extension to comply with the condition (ECF No. 3). Mr. Murray remains under home detention, and is otherwise in full compliance with his bail requirements.

    I thank the Court for its consideration.

Application GRANTED.

SO ORDERED.

_____
USMJ 3/1/2024

Respectfully submitted,

David Wikstrom